Alan S. Golub, Esq - Attorney I.D. 025461993 (agolub@fskslaw.com)
**FEIN, SUCH, KAHN & SHEPARD, P.C.**
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
Phone: (973) 538-4700
Fax: (973) 397-2976
*Attorney for Plaintiff, Vincent's Customs, LLC*

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT'S CUSTOMS, LLC<br><br>            Plaintiff,<br><br>V.<br><br>ZAMFREIGHT EXPRESS, INC.; ELITE FREIGHT SERVICES, INC; and GEORGE NCUBE<br><br>            Defendants, | Civil Action No.: 2:24-cv-05899-BRM-JRA<br><br>**Order of Default Judgment on Liability and Damages as to Defendants Zamfreight Express, Inc. and George Ncube** |

THIS MATTER having come before the Court upon motion of Fein, Such, Kahn & Shepard, P.C., attorneys for plaintiff, Vincent's Customs, LLC, on notice to defendants, ZAMFREIGHT EXPRESS, INC. ("Zamfreight") and GEORGE NCUBE ("Ncube") for an Order entering a Default Judgment on liability and damages against Defendants Zamfreight and Ncube, the Defendants Zamfreight and Ncube having failed to comply with the Court Rules directing Defendants to File an Answer no later than 21 days after being served, and a Default having been entered by the Clerk on September 5, 2024, and the Court having reviewed the Letter Brief, Certification of Counsel, and Affidavit of Vincent Mesce in support of the within motion and setting forth a detailed statement of claims, the application of treble damages under the New Jersey

Consumer Fraud Act, and the award of reasonable attorneys' fees and costs under the New Jersey Consumer Fraud Act, and good cause having been shown;

    IT HEREBY ORDERED THAT:

    1.    FINAL JUDGMENT is on this 17th day of September, 2025, entered in the sum of **$132,660** plus reasonable attorneys' fees and costs in the amount of **$12,734.50** in favor of Plaintiff Vincent's Customs, LLC and against Defendants Zamfreight Express, Inc. and George Ncube.

    2.    Plaintiff shall serve a copy of this Order upon all interested parties within 5 days of the date of this Order.

                                                                                    Hon. Brian R. Martinotti, U.S.D.J.

(   ) OPPOSED

( X ) UNOPPOSED